ERIE INSURANCE GROUP, Appellant,

v.

REDEVELOPMENT AUTHORITY OF CAMBRIA COUNTY, International Insurance Company, Barr Township, Marsteller Community Water Authority, P. Joseph Lehman, Inc., Turjan Construction Company and Kukurin Contracting, Inc., Appellees.

No. 9 Western District Appeal Docket 1996.

Supreme Court of Pennsylvania.

May 31, 1996.

*ORDER*

PER CURIAM.

AND NOW, this 31st day of May, 1996, this appeal is sua sponte dismissed as improvidently granted in view of the direct appeal pending in the Superior Court at No. 488 Pgh 1995. Dismissal of the appeal is without prejudice to the parties to raise the substantive issues in a subsequent petition for allowance of appeal.